UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHERRI HAYNES, on behalf of herself and all others similarly situated,

    Plaintiff,

– against –

PLANET AUTOMALL, INC., PLANET AUTOMOTIVE, INC. d/b/a/ KG SUZUKI, NORTHERN AUTOGROUP LLC, and KANHIYA KINNEY GALANI,

    Defendants.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 0 7 2011 ★
BROOKLYN OFFICE

09-CV-03880 (JBW) (RER)

**MEMORANDUM & ORDER**

**JACK B. WEINSTEIN, Senior United States District Judge:**

On August 15, 2011, the court entered a memorandum and order denying plaintiff's motion for class certification ("August 15 Order"). Plaintiff now moves for reconsideration of the court's denial of class certification with regard to plaintiff's claim under section 349 of the New York General Business Law and the court's determination that plaintiff is not an adequate representative of the class.

Plaintiff's motion is denied. No reason has been given to reconsider the court's August 15 Order. None of the grounds for relief from a court order articulated in rule 60 of the Federal Rules of Civil Procedure have been shown. The court thoroughly considered the issues raised in plaintiff's motion to reconsider when it denied class certification in its August 15 Order.

Plaintiff's motion to adjourn the trial and pre-trial brief schedule is denied. Trial on plaintiff's individual claims shall proceed on September 12, 2011.



SO ORDERED.

/s/ Jack B. Weinstein
Jack B. Weinstein
Senior United States District Judge

Dated: September 6, 2011
       Brooklyn, New York